# DAVID K. BERTAN
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

March 17, 2022

*Handwritten annotation: Sentencing is adjourned until May 3, 2022 at 12 p.m. /s/ A. K. Hellerstein 3/18/22*

**Via ECF**

Hon. Alvin K. Hellerstein, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    USA v. Eric Grant
             Docket No. 20-Cr-631 (AKH)

Dear Judge Hellerstein:

      I represent Mr. Grant in the above matter. His sentencing is scheduled for March 24, 2022 at 11:00 AM. I am respectfully requesting an adjournment of sentencing to allow his family to finish their submissions to me. I am available throughout April with the exception of April 26-29. The government has no objection to this request.

                                  Very truly yours,

                                  David K. Bertan, Esq.

cc: AUSA Andrew Li (via ECF)